UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

SHEKERIA STEWART, on behalf of
herself and those similarly situated,

      Plaintiff,

vs.                            CASE NO.:  6:14-CV-00813-JA-DAB

GREAT IRISH PUBS FLORIDA,
INC., d/b/a RAGLAN ROAD PUB
AND RESTAURANT, a Florida For
Profit Corporation,

      Defendant.     /

## NOTICE OF PENDENCY OF OTHER ACTIONS

In accordance with Local Rule 1.04 (c), I certify that the instant action:

____   IS        related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State Court, or administrative agency as indicated below: _____

__X__  IS NOT   related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

Dated this 2nd day of June, 2014.

                                          /s/ CARLOS LEACH
                                          Carlos V. Leach, Esquire
                                          FBN 0540021
                                          Morgan & Morgan, P.A.
                                          20 N. Orange Ave., 16th Floor
                                          P.O. Box 4979
                                          Orlando, FL 32802-4979
                                          Telephone:   (407) 420-1414
                                          Facsimile:   (407) 425-8171
                                          Email:        CLeach@forthepeople.com
                                          Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following: None.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants: Great Irish Pubs Florida, Inc., d/b/a Raglan Road Pub and Restaurant, c/o Registered Agent- CorpDirect Agents, Inc., 1200 South Pine Islands Road, Plantation, Florida 33324, this 2nd day of June 2014.

/s/ CARLOS LEACH
Carlos V. Leach