UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

SHEKERIA STEWART, on behalf of
herself and those similarly situated,

    Plaintiff,

vs.                                    CASE NO.: 6:14-CV-00813-JA-DAB

GREAT IRISH PUBS FLORIDA,
INC., d/b/a RAGLAN ROAD PUB
AND RESTAURANT, a Florida For
Profit Corporation,

    Defendant.        /

## PLAINTIFFS' CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

I hereby disclose the following pursuant to this Court's interested persons order:

1.) the name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action – including subsidiaries, conglomerates, affiliates, parent corporation, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to *any* party in the case:

    1.    Shekeria Stewart- Plaintiff

    2.    Great Irish Pubs Florida, Inc., d/b/a Raglan Road Pub and Restaurant- Defendant

    3.    Morgan & Morgan, P.A. – Counsel for Plaintiff

    4.    Carlos V. Leach- Counsel for Plaintiff

2.) the name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

1. None known.

3.) the name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

1. None other than the persons identified in 1.) above.

4.) the name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

1. Shekeria Stewart, Plaintiff. Additionally, as this is styled as a collective action, Plaintiff maintains that there are additional "similarly situated" employees of Defendant who were subjected to the same illegal pay practices complained of by Plaintiff, whose names and contact information currently are unknown. Therefore, as discovery commences and the identity of the additional employees becomes known, Plaintiff will supplement this disclosure.

I hereby certify that I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

Dated this 2<u>nd</u> day of June 2014.

<u>/s/ CARLOS V. LEACH</u>
Carlos V. Leach, Esquire
FBN 0540021

Morgan & Morgan, P.A.
20 N. Orange Ave., 16th Floor
P.O. Box 4979
Orlando, FL 32802-4979
Telephone: (407) 420-1414
Facsimile: (407) 425-8171
Email: CLeach@forthepeople.com
Attorneys for Plaintiff

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following: None. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants: Great Irish Pubs Florida, Inc., d/b/a Raglan Road Restaurant, c/o Registered Agent- CorpDirect Agents, Inc., 1200 South Pine Islands Road, Plantation, Florida 33324, this 2nd day of June 2014.

/s/ CARLOS V. LEACH
Carlos V. Leach, Esquire