UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**SHEKERIA STEWART,**

      **Plaintiff,**

v.                                         **Case No:  6:14-cv-813-Orl-41DAB**

**GREAT IRISH PUBS FLORIDA, INC.,**

      **Defendant.**

_____/

**ORDER**

THIS CAUSE is before the Court on the Joint Motion for Approval of Settlement (Doc. 46). On December 17, 2014, United States Magistrate Judge David A. Baker issued a Report and Recommendation (Doc. 50), recommending approval of the settlement agreement. On December 23, 2014, the Parties filed a Joint Notice of Non-Objection to the Report and Recommendation (Doc. 51).

After an independent *de novo* review of the record in this matter, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 50) filed December 17, 2014, is

    **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Joint Motion for Approval of Settlement (Doc. 46) is **GRANTED.**

3. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Orlando, Florida on January 16, 2015.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Magistrate Judge